IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Patrick Woodruff, | : |
| Plaintiff, | : |
| v. | : Case No. 2:11-cv-61 |
| Michael J. Astrue, Commissioner of Social Security, | : JUDGE JAMES L. GRAHAM<br>Magistrate Judge Kemp |
| Defendant. | : |

ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 9, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is SUSTAINED and this case is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

IT IS SO ORDERED.

Date: December 8, 2011

JAMES L. GRAHAM
United States District Judge