IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patrick Woodruff,

    Plaintiff,

v.      Case No. 2:11-cv-61

Michael J. Astrue,      JUDGE JAMES L. GRAHAM
Commissioner of      Magistrate Judge Kemp
Social Security,

    Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on November 9, 2011. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is SUSTAINED and this case is REMANDED to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

IT IS SO ORDERED.

Date: December 8, 2011

                                            JAMES L. GRAHAM
                                            United States District Judge